RUTH WILLIAMS, Respondent, *v.* SMITH & HOWELL FILM SERVICE, INC., Appellant, et al., Defendants.

Argued May 23, 1945; decided July 19, 1945.

*J. Norman Crannage* and *Matthew V. Byrne, Jr.*, for appellant. *Daniel J. Seubert* and *Leo W. Breed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.